■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT J. MULLIGAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: We find that the relator had waived the two-day waiting period

under section 472 of the Code of Criminal Procedure. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus, after a hearing, and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.